# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | DANIEL KEITH & GLENDA LEE SCHREINER |
| **Case Number:** | 2:10-BK-15656-CGC    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 21, 2010 11:00 AM   6TH FLOOR #601 |
| **Bankruptcy Judge:** | CHARLES G. CASE II |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | KAYLA MORGAN |

### Matter:

MOTION TO DISMISS CASE FILED BY PAM CROWDER-ARCHIBALD OF LAW OFFICES OF PAM CROWDER-ARCHIBALD ON BEHALF OF DANIEL KEITH SCHREINER, GLENDA LEE SCHREINER.
R / M #: 43 / 0

### Appearances:

PAM CROWDER-ARCHIBALD, ATTORNEY FOR DANIEL KEITH SCHREINER, GLENDA LEE SCHREINER

### Proceedings:

Mr. Crowder-Archibald addresses the Motion to Dismiss and urges dismissal be without prejudice to refiling a Chapter 13 in approximately 60 to 90 days.

COURT: IT IS ORDERED GRANTING THE MOTION TO DISMISS. THE COURT WILL SIGN AN ORDER WHEN SUBMITTED, THE DISMISSAL WILL NOT BE EFFECTIVE UNTIL THE ORDER IS SIGNED.